UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 2:17-cv-14100

ANGEL COLON, et al.

    Plaintiff,

vs.

G4S PLC, et al.

    Defendant.
_____/

ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Conrad J. Benedetto, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

The Motion is GRANTED.   Conrad J. Benedetto may appear and participate in this action on behalf of ANGEL COLON; AMNERIS DIAZ; RODNEY SUMTER; JAY VASQUEZ; MARELYS MENENDEZ, as Personal Representative of the Estate of GILBERTO SILVA MENENDEZ; CARLOS MUNIZ-TORRES; MIGUEL VEGA; JONATHAN GARCIA; ESTHER PETERSON; MERCEDES MCQUERY; ROSALIA RAMOS and STANLEY ALMODOVAR, as Co-Personal Representatives of the Estate of STANLEY ALMODOVAR III; ROLANDO RODRIGUEZ; DEMITRIUS POLANCO; KADIM RAMOS;  JACOBI CEBALLO; KALIESHA ANDINO; BETTIE LINDSEY; SANDY ROBERTS; KASSANDRA MARQUEZ; KATHERINE PATRICIO; SYLVIA SERRANO; ROSAMARIA FEBO; NORMAN CASIANO-MOJICA; FRANCHESSKA MERCADO; LEYDIANA PUYARENA; FELIPE MARRERO SANCHEZ;

COREY RIVERA; ILKA REYES; JEANETTE MCCOY; YVENS CARRENARD; EDWIN RIVERA ALVAREZ; CESAR RODRIGUEZ; JESUS M. SERRANO, as Personal Representative of the Estate of XAVIER SERRANO ROSADO; MOHAMMED ISLAM; DAVID JOURDENAIS; RONISE CELESTIN; JOSEPH BRADLEY; BRIAN NUNEZ; CHRISTIAN CARDONA; LIZMARYOOE FINOL VILORIA; YORVIS ROMERO; ORLANDO TORRES; CARMEN NILDA CAPO-QUINONES, as Personal Representative of the Estate of LUIS OCASIO-CAPO; CARLOS ANGLERO; DIGNA ROSA FERNANDEZ DE CARRILLO, as Personal Representative of the Estate of SIMON CARRILLO; DIMARIE RODRIGUEZ, as Personal Representative of the Estate of JEAN CARLOS NIEVES; CARLEEN THOMAS; WERNEL E. MARTINEZ; JOSE M. DIAZ UBILES; and BERNADETTE CRUZ, as Personal Representative of the Estate of PETER GONZALEZ-CRUZ; JUAN JOSE CUFIÑO RODRIGUEZ; KEINON CARTER; LEONEL MELENDEZ; JILLIAN AMADOR; ADRIAN LOPEZ; JAVIER NAVA; and JOAQUIN ROJAS . The Clerk shall provide electronic notification of all electronic filings to Antonio Romanucci at aromanucci@rblaw.net.

  DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

                       _____
                       United States District Judge

Copies furnished to: All Counsel of Record