UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14100-CIV-MARRA

ANGEL COLON et al.,

Plaintiffs,

vs.

G4S PLC, G4S SECURE SOLUTIONS,
and NOOR SALMAN

Defendants.
_____/

## ORDER

This cause is before the Court *sua sponte.*

On March 23, 2017, the Court dismissed the Complaint but granted leave to amend within 10 days of the date of entry of the that Order. (DE 6.)  To date, no amended pleading has been filed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the case is closed and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 4th day of April, 2017.

_____
KENNETH A. MARRA
United States District Judge